UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Sonoco Products Company and Sonoco Canada Corporation, | ) ) ) | Civil Action No. 4:11-cv-02366-RBH |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| ACE INA Insurance, ACE American Insurance Company, National Union Fire Insurance Company of Pittsburgh d/b/a Chartis Insurance, Westport Insurance Corporation d/b/a Industrial Risk Insurers, and Munich Reinsurance America, Inc., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

This matter is before the Court pursuant to the Consent Motion filed by the parties seeking a stay of this litigation.  This is an insurance case arising out of a roof collapse that occurred at Plaintiff Sonoco Canada Corporation's ("Sonoco Canada") mill located in Trent Valley, Canada, on July 16, 2010.  There are two separate policies that relate to the collapse.  The Complaint asserts  claims by both Plaintiffs against the Defendants ACE American Insurance ("ACE American"), Westport Insurance Corporation d/b/a Industrial Risk Insurers ("Westport"), National Union Fire Insurance Company of Pittsburgh ("National Union"), Munich Reinsurance America, Inc. ("Munich Re"), and ACE INA Insurance ("ACE INA") under all risk property insurance policies issued by ACE American, National Union, Westport and Great Lakes Reinsurance (UK) PLC.

Those policies are identified in the Complaint as the "US Master Policy" ("Master Policy").

The Complaint also asserts claims by Sonoco Canada against Defendant ACE INA under a separate policy issued in Canada, identified in the Complaint as the Canadian Policy ("Canadian Policy").

In an order dated July 11, 2012, the Court dismissed the Defendant ACE INA from this action, leaving Sonoco Canada and ACE INA to address their disputes pursuant to a claim that is concurrently pending between those entities in Ontario, Canada ("Canadian claim"). The parties have agreed and moved that this action and all discovery should be stayed pending a final resolution of the Canadian claim since the outcome of that claim will likely impact this claim and could make this claim moot.

IT IS ORDERED that this action and all previously imposed deadlines herein be stayed until such time as the Canadian claim is resolved or upon further order of the Court. Counsel for Plaintiff shall file a status report with this Court within 30 days of the resolution of the Canadian claim updating the Court and the Defendants if there are any issues remaining in this case.

IT IS FURTHER ORDERED that none of the remaining parties shall serve written discovery on any other party, notice any deposition for any party or witness, or conduct any form of discovery in this action while this matter is stayed.

AND IT IS SO ORDERED.

s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Florence, South Carolina
August 31, 2012

2